## C. E. BURKE et al. v. STATE.

No. A-8430.    Nov. 18, 1932.
(16 Pac. [2d] 1118.)

W. R. Withington, for plaintiffs in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error, C. E. Burke and R. C. Clark, were by information jointly charged with John W. Luppy, of obtaining money under false pretense; C. E. Burke and R. C. Clark were tried jointly, convicted, and sentenced as follows: The punishment of C. E. Burke was fixed by the jury at six years in the state penitentiary and a fine of $500; the punishment of R. C. Clark, three years in the state penitentiary.

The record in this case was filed in this court on June 16, 1932; no brief has been filed in support of the defendants' assignment of errors. A careful examination of the record discloses no fundamental errors, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.